UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 13-10258-DJC |
| | ) | |
| MARSHALL H. DION, *et al* | ) | |
| Defendants. | ) | |

## UNITED STATES' SECOND BILL OF PARTICULARS FOR FORFEITURE OF ASSETS
### (Substitute Assets)

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Substitute Assets.

On September 5, 2013, a federal grand jury sitting in the District of Massachusetts returned a four-count Indictment charging the defendants with Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana, in violation of 21 U.S.C. § 846 (Count One); and Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1) (Counts Two through Four). The Indictment also contained a Forfeiture Allegation, which gave the defendants notice that upon conviction of one or more of the offenses alleged in Counts One through Four of the Indictment the United States would seek forfeiture pursuant to 21 U.S.C. § 853 (jointly and severally as to Count One), of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

The Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the defendants, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been

commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the defendants, up to the value of such assets, pursuant to 21 U.S.C. § 853(p).

On December 20, 2013, the United States filed a Bill of Particulars giving notice that is it seeking forfeiture of specific assets pursuant to 21 U.S.C. § 853. *See* Document No. 67.

In addition to the assets identified in the December 20, 2013 Bill of Particulars, and pursuant to, and without limiting in any manner the Forfeiture Allegation of the Indictment, the United States hereby gives notice that it is seeking forfeiture of the following assets as substitute assets pursuant to 21 U.S.C. § 853(p):

   a. the real property located at 261 Rice Avenue, Revere, Massachusetts, including all buildings, appurtenances and improvements thereon, as described in more detail in a Quitclaim deed recorded in Book 27565, Page 326 in the Suffolk County Registry of Deeds; and

   b. the real property located at Lot # 188 and Lot # 189 Rice Avenue, Revere, Massachusetts, including all buildings, appurtenances and improvements thereon, as described in more detail in a deed recorded in Book 29168, Page 111 in the Suffolk County Registry of Deeds.

(together the "Real Properties").

The United States provides notice that it seeks forfeiture of the Real Properties as substitute assets in this criminal case because the record owners for the Real Properties are Dennis L. Ditelberg, as Trustee for Dion Family Trust II, and Dennis L. Ditelberg, Trustee of Rice Avenue DTF Trust. Based on the investigation to date, the United States has cause to believe that the defendant Marshall H. Dion is a beneficiary of these trusts.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CARMEN M. ORTIZ, <br> United States Attorney, |
| By: | /s/ Leah B. Foley <br> LEAH B. FOLEY <br> MARY B. MURRANE <br> Assistant United States Attorneys <br> U.S. Attorney's Office <br> 1 Courthouse Way, Suite 9200 <br> Boston, MA 02210 |
| Dated: February 25, 2014 | (617) 748-3100 |