UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> (1) MARSHALL H. DION, <br> Defendant. | CRIMINAL NO. 13-10258-DJC <br><br> Record Owner: <br> Dennis L. Ditelberg, as Trustee for <br> Dion Family Trust II <br><br> Property: <br> 261 Rice Avenue <br> Revere, Massachusetts <br><br> Suffolk County Registry of Deeds: <br> Book 27565, Page 326 |

## *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, has caused an Indictment to be filed charging Marshall H. Dion, (the "Defendant"), and others, Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana, in violation of 21 U.S.C. § 846 (Count One); and Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1) (Counts Two through Four). In addition, the Forfeiture Allegations of the Indictment gave the Defendant notice that the United States sought forfeiture, jointly and severally as to Count One, pursuant to 21 U.S.C. § 853, upon conviction of one or more of the offenses alleged in Counts One through Four of the Indictment, of any and all property which constitutes or is derived from proceeds traceable to such violations. The Forfeiture Allegation also sought the forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p), as a result of violations of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1).

As set forth in the United States' Second Bill of Particulars for Forfeiture of Assets filed on February 25, 2014 in the above-captioned action, the United States alleges that the following is forfeitable to the United States pursuant to 21 U.S.C. § 853(p):

> the real property located at 261 Rice Avenue, Revere, Massachusetts, including all buildings, appurtenances and improvements thereon, as described in more detail in a Quitclaim deed recorded in Book 27565, Page 326 in the Suffolk County Registry of Deeds.

Respectfully submitted,

CARMEN M. ORTIZ,
United States Attorney,

By: /s/
LEAH B. FOLEY
MARY B. MURRANE
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: February 25, 2014

2

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

## OATH

The undersigned Mary B. Murrane, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

　　　　　　　　　　　　　　　　　　　　　MARY B. MURRANE
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Date: February 25, 2014

Then personally appeared the above-named Mary B. Murrane, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 25th day of February, 2014.



　　　　　　　　　　　　　　　　　　　　　Lisa J. Talbot
　　　　　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　　　　　My Commission expires: May 13, 2016

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon. Further, there is a clear danger that the owner(s) of the property or third parties alleging interest in the property, if notified in advance of the endorsement of this memorandum, will convey, encumber, damage or destroy the property or the improvements thereon.

SO ORDERED AND ENDORSED:

_____

Date: _____, 2014