UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
V.                       )   Crim. No. 1:13-CR10258
                         )
MARSHALL DION             )
                         )
                         )

## AFFIDAVIT OF MARSHALL DION

The undersigned affiant being aggrieved by unlawful searches, seizures, arrests, and interrogations, in reserving his constitutional privilege against self incrimination, hereby on oath, deposes and states the following:

1. I am the defendant in the above entitled matter;
2. The police stopped me on the highway in Kansas claiming that I was speeding. I was travelling in the flow of traffic and other vehicles were passing me. Officer Blake was traveling in the opposite direction and then turned around to stop me;
3. After stopping my truck Officer Blake began questioning me about my travels;
4. I provided all of my documents to officer Blake and all were in good order;
5. Officer Blake ordered me to get out of my truck and detained me in his patrol car.
6. Officer Blake interrogated me for over 20 minutes investigating my statements and examining me about personal matters, travel matters, financial matters;
7. I was not free to leave and believed that Officer Blake was going to search me and my truck.
8. Officer Blake had his dog with him and he made clear that he was looking for drugs;
9. When Officer Blake told me I could leave I expected he was going to search my car and have the dog peruse the area around my car;
10. Having no choice I offered and agreed to let him look;
11. When I attempted to stop him he continued and had more of his colleagues come to the scene;

12. I believed I was going to be searched and then arrested;
13. I did not freely give consent to searching my property and I did not agree to be interrogated or detained;
14. While in custody I repeatedly told Officer Blake I could not talk to him, however, he kept initiating conversation;
15. I requested a lawyer multiple times and Officer Blake made clear that I would not be provided access to a lawyer;
16. The properties and items listed in the suppression motions I have an expectation of privacy in and I object to all of the searches listed.
17. I also have a possessory interest in all of the properties and items listed for suppression.

Signed under the pains and penalties of perjury,

_/s/ Marshall Dion_
Marshall Dion